## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **AAL USA, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Case No. 2:16-cv-02090-KOB** |
| | ) |
| **BLACK HALL LLC,** *et al.,* | )**This Document Relates to** |
| | )**Both Cases** |
| **Defendants.** | ) |
| | ) |

| | |
|---|---|
| **AAL GROUP, LTD.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Case No. 2:17-cv-00399-KOB** |
| | ) |
| **BLACK HALL AEROSPACE,** | ) |
| **INC.,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

## JOINT MOTION FOR DISMISSAL

AAL USA, Inc. AAL Group, Ltd., Oleg Sirbu, Oleg Fidelskiy,[1] Saul Kirsch,

Black Hall Aerospace, Inc., Paul Daigle, David Clarke, Brian Peoples, Black Hall,

LLC, Cold Harbor Certifications, Inc., Hindsight Coffee, LLC and Corvis Arrow,

LLC (collectively, "the Moving Parties") hereby jointly stipulate and request that

the Court dismiss, with prejudice, all claims and counterclaims asserted or which

---

[1] Nothing herein shall constitute a formal appearance on the record on behalf of Oleg Fidelskiy, who was not served with process in this action.

1

could have been asserted by and between them in these consolidated cases, costs and fees taxes as paid.

In making this request, the Moving Parties hereby jointly stipulate to the dissolution of the temporary restraining order ("TRO") (dkt. 131) entered prior to this case's removal from the Circuit Court for Jefferson County, Alabama. The appropriate parties are contemporaneously filing a motion in the Circuit Court for Jefferson County, Alabama to release the bond entered pursuant to the referenced TRO to AAL USA, Inc.

Also, Paul Daigle hereby withdraws his motion for sanctions, filed under seal, as to AAL USA, Inc., Oleg Sirbu, and Rich Freese (ECF 296) (the "Sanctions Motion") and requests that the Court cancel the hearing on that motion currently set for May 29, 2018.

Further, the Moving Parties hereby jointly stipulate that the documents produced in this case by Maynard, Cooper, & Gale, P.C. (the "MCG Documents") may be used by the current parties in the pending action styled *AAL USA, Inc., et al., v. Maynard, Cooper & Gale, P.C.,* in the Circuit Court for Jefferson County, Alabama, Civil Action No. 01-cv-2017-905393 (the "MCG Case") so long as the MCG Documents are made subject to a protective order therein which provides protections equal to or more stringent than the protections provided by the Agreed

2

Protective Order entered by this Court on January 23, 2017 (ECF 37), as amended by the Court's Protective Order entered February 14, 2017 (ECF 50).

AAL USA, Inc.'s and AAL Group, Ltd.'s claims against defendant Keith Woolford remain pending.

WHEREFORE, premises considered, the Moving Parties request that the Court enter an order: (1) dismissing, with prejudice, all claims and counterclaim asserted or which could have been asserted by and between them in these consolidated cases, costs and fees taxed as paid; (2) dissolving the TRO; (3) mooting the Sanctions Motion; and (4) providing that the MCG Documents may be used by the current parties in the MCG Case so long as the MCG Documents are made subject to a protective order therein which provides protections equal to or more stringent than the protections provided by the Agreed Protective Order entered by this Court on January 23, 2017 (ECF 37), as amended by the Court's Protective Order entered February 14, 2017 (ECF 50).

Dated May 16, 2018

DOCSHSV\243567\1

Victor L. Hayslip
Michael K. K. Choy
Kip A. Nesmith
Benjamin B. Coulter
Fob James, IV
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
mchoy@burr.com
vhayslip@burr.com
knesmith@burr.com
bcoulter@burr.com
fjames@burr.com

Richard A. Freese
Freese & Goss, PLLC
1901 6th Avenue No, Suite 3120
Birmingham, AL 35203
rich@freeseandgoss.com

*Counsel for AAL USA, Inc., AAL Group, Ltd., Oleg Sirbu, Oleg Fidelskiy, and Saul Kirsch*

Roderic G. Steakley
Benjamin R. Little
**SIROTE & PERMUTT, P.C.**
305 Church Street, Suite 800
Huntsville, Alabama 35801
rsteakley@sirote.com
blittle@sirote.com

Thomas A. Woodall
J. Rushton McClees
Joshua L. Hornady
**SIROTE & PERMUTT, P.C.**
2311 Highland Ave. S., Suite 500
Birmingham, AL 35205
twoodall@sirote.com
rmcclees@sirote.com
jhornady@sirote.com

James H. Richardson
**RICHARDSON MAPLES, P.C.**
301 East Holmes Avenue, Suite 100
P.O. Box 18667 [35804-8667]
Huntsville, Alabama 35801
jim@richardsonmaples.com

Todd A. Bromberg
Mark B. Sweet
Stephen Obermeier
**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006
tbromberg@wileyrein.com
msweet@wileyrein.com
sobermeier@wileyrein.com

*Counsel for Black Hall Aerospace, Inc., Paul Daigle, David Clarke, Brian Peoples, Black Hall, LLC, Corvis Arrow, LLC, Cold Harbor Certifications, Inc., and Hindsight Coffee, LLC*

4

## CERTIFICATE OF SERVICE

I hereby certify on this 16th day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the CMECF system, which will send notification of such filing to the following:

Michael J Douglas
LEAK & DOUGLAS PC
The John A. Hand Building
17 20th Street North, Suite 200
Birmingham, AL 35203
mdouglas@leakdouglas.com

Oliver Benton Curtis, III
BROAD AND CASSEL
2 South Biscayne Boulevard,
Suite 2100
Miami, FL 33131
bcurtis@broadandcassel.com

*Counsel for Keith Woolford*

Benjamin R. Little