UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AAL USA, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:16-cv-02090-KOB-HNJ |
| ) | |
| KEITH WOOLFORD, et al., ) | |
| ) | |
| Defendants ) | |
| AAL GROUP, LTD., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:17-cv-00399-KOB-HNJ |
| ) | |
| KEITH WOOLFORD, ) | |
| ) | |
| Defendant ) | |

## O R D E R

The court previously ordered defendants Keith and Amy Woolford to provide status updates every 60 days. (Doc. 425 in 2:16-cv-02090-KOB-HNJ; Doc. 296 in 2:17-cv-00399-KOB-HNJ). The Woolfords filed their last update on August 16, 2019, and stated they would provide another update by October 11, 2019. (Doc. 426 in 2:16-cv-02090-KOB-HNJ; Doc. 297 in 2:17-cv-00399-KOB-HNJ). The Woolfords did not file that update. Therefore, the court **ORDERS** Keith and Amy Woolford to file a status update within seven (7) days from the entry date of this or-

der. The court **DIRECTS** the Clerk to provide a copy of this order to Keith Woolford and Amy Woolford.

**DONE** this 22nd day of October, 2019.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE